FILED
CHARLOTTE, NC

MAY 24 2013

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> (1) ZACHARY NATHANIEL GRAVES, ) <br> (2) RICHARD BENJAMIN FISKE, and ) <br> (3) WALTER DANIEL PRIES ) <br> ) | DOCKET NO. 3:13-CR-153 <br><br> **ORDER UNSEALING INDICTMENT** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

This the 23rd day of May, 2013.

_____
Hon. David C. Keesler
UNITED STATES MAGISTRATE JUDGE